Commonwealth *v.* Romano, Appellant.

Submitted December 11, 1973. *Nino V. Tinari,* for appellant; *Phillip J. O'Malley,* Assistant District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

SPAULDING, J., absent.